UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21213-CIV-MORENO

PANAMA SHIPPING LINES, INC.,

    Plaintiff,

vs.

CIRAMAR INTERNATIONAL TRADING, LTD. and NAVIERA DEL CARIBE, a/k/a "NADELCA,",

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL AS TO DEFENDANT NAVIERAS DEL CARIBE, S.A. AND ORDER VACATING MARINE ATTACHMENT AND GARNISHMENT AS TO DEFENDANT NAVIERAS DEL CARIBE, S.A.**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal **(D.E. No. 22)** filed on **June 6, 2008**, Defendant Navieras del Caribe S.A.'s Motion to Vacate Attachment and Dismiss for Lack of Jurisdiction **(D.E. No. 11)** filed on **May 11, 2008** and Defendant Navieras del Caribe S.A.'s Motion for Hearing **(D.E. No. 12)** filed on **May 16, 2008**.

THE COURT has considered the notice, the motions, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Marine Attachment and Garnishment as to Defendant Navieras Del Caribe, S.A. dated May 1, 2008 is VACATED. All accounts of Navieras Del Caribe, S.A. presently held at Garnishee Ocean Bank are released from the attachment and garnishment. Garnishee Ocean Bank is directed to return all accounts of Navieras Del Caribe, S.A. identified by Garnishee Ocean Bank in its Answer to Summons and Process of Maritime Attachment and Garnishment filed in this

action. It is also

   **ADJUDGED** that this Cause is **DISMISSED** without prejudice as to Defendant Navieras Del Caribe S.A. It is further

   **ADJUDGED** that Defendant Navieras Del Caribe S.A.'s motion to vacate and motion for hearing are DENIED as MOOT. The Court is reserving ruling on the attorneys' fees issue raised in Defendant's reply until such time as a properly briefed motion is before the Court.

   DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record